**CSG law**

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

LEE VARTAN
Member

lvartan@csglaw.com

O  973.530.2107        F  973.325.1501

January 22, 2026

Honorable Esther Salas, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

    Re:    *United States v. Welwart, et al.*

Dear Judge Salas:

    This firm represents William B. Welwart in the above-captioned matter. Please accept this letter request for an Order modifying Mr. Welwart's conditions of release to permit Mr. Welwart to travel to Israel between February 22, 2026 and March 11, 2026 to visit his son and grandchildren.

    Mr. Welwart was originally charged by criminal complaint on September 2, 2020. He has been fully compliant with his conditions of release since that time. (*See* ECF No. 11.) While Mr. Welwart's restrictions are relatively minimal (a $250,000 unsecured appearance bond and travel restrictions), they have significantly impacted his ability to see his son who resides in Israel. Mr. Welwart has not been able to travel to visit his family in over five years and has missed significant family milestones and occasions as a result.

    I have spoken with both Pretrial Services and the government about the requested modification. Pretrial Services has no objection to it given Mr. Welwart's significant history of compliance. The government, however, opposes the travel request based on generic flight concerns associated with overseas travel. None of those concerns, however, is warranted with respect to Mr. Welwart. First, he has been fully compliant with his conditions of release for over five years. Second, Mr. Welwart's entire life is here in the United States. He resided in Staten Island with his wife for over 40 years before moving to Florida, and his two other children reside in New York and New Jersey. Third, Mr. Welwart's son Ethan is a co-defendant in this case, who he would never leave to face these charges alone.

January 22, 2026
Page 2

    Accordingly, we respectfully request that Mr. Welwart be permitted to travel to Israel between February 22, 2026 and March 11, 2026 to visit with his family.

    Thank you for your time and attention to this matter.

                                      Respectfully submitted,

                                      *s/ Lee Vartan*

                                      Lee Vartan
                                      Member