# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## NEWARK

### Minutes of Proceedings

**Judge: Hon. Esther Salas**

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: January 28, 2026

**Title of Case:**

U.S.A. v. WILLIAM B. WELWART

Docket No. **Cr. 23-726(ES)**

**Appearances:**

Katherine Romano, AUSA, for the govt.
Jake Nasar, AUSA, for the govt.
Lee Vartan, Esq., for the defendant.
Laron Day, U.S. Pretrial Officer.
Sandra Marin, U.S. Pretrial Officer

**Nature of Proceedings:**          TELEPHONE STATUS CONFERENCE

Teleconference on the record.
Defendant present telephonically.
Conference addressing the defendant's request to travel internationally (D.E. 141).
Oral argument heard by counsel and pretrial.
Ordered the defendant's request GRANTED.
Order to be filed.

Time Commenced:   2:10 p.m
Time Adjourned:     2:35 p.m.
Total Time: 20 Min.

Elisaveta Kalluci
Courtroom Deputy